Tammy Hussin, Esq. (Bar No. 155290)
tammy@hussinlaw.com
Hussin Law Firm
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel (877)677-5397


Attorneys for Plaintiff, JEREMY WILTSE



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY WILTSE,** | **CASE NO. 2:23-cv-00126-KJN** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **BANK OF AMERICA N.A.,** | |
| Defendant. | |

     The parties have reached a settlement in principle and are in the process of finalizing the settlement documents.  Plaintiff requests 30 days to complete the necessary settlement documents and file a Motion for dismissal with prejudice.

\\\

\\\

\\\

Plaintiff therefore requests that the Court vacate all previously set hearings and filing deadlines.

Dated: <u>February 21, 2023</u>

|  | HUSSIN LAW |
|---|---|
|  | By: <u>*s/ Tammy L. Hussin*</u><br>    Tammy L. Hussin<br>    tammy@hussinlaw.com<br><br>    Attorney for Plaintiff |