Tammy Hussin (Bar No. 155290)
HUSSIN LAW
12526 High Bluff Drive, Suite 300
Del Mar, CA 92130
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Jeremy Wiltse

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Wiltse<br><br>   Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.<br><br>   Defendant. | Case No.:  2:23-CV-00126-KJN<br><br>**JOINT MOTION TO DISMISS** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the above captioned action, with prejudice. Each party to bear its own fees and costs.

   It Is So Stipulated Through Counsel of Record this 21st day of March, 2023.

70001.0754/16364026.1
JOINT MOTION TO DISMISS

| | |
|---|---|
| Dated March 21, 2023 | Hussin Law Firm |
| | By: */s/Tammy Hussin* |
| | Tammy Hussin, Esq. |
| | Attorney for Plaintiff, Jeremy Wiltse |

| | |
|---|---|
| Dated:  March 21, 2023 | SEVERSON & WERSON, APC |
| | By: */s/ Stephen D. Britt* |
| | STEPHEN D. BRITT |
| | Attorneys for Defendant Bank of America, N.A. |

I, Tammy Hussin, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Stephen Britt has concurred in this filing.

*/s/ Tammy Hussin*